638 A.2d 805

IN THE MATTER OF JOSEPH F. DOYLE,
AN ATTORNEY AT LAW.

March 1, 1994.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOSEPH F. DOYLE** of **WOODBURY,** who was admitted to the Bar of this State in 1965, and who was suspended from the practice of law for six month, effective May 24, 1993, by Order of this Court dated April 27, 1993, be restored to the practice of law, effective immediately.